UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MUSTAFA WRIGHT, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 3:17-CV-632-JD-MGG |
| WARDEN, | ) ) ) |
| Respondent. | ) ) |

OPINION AND ORDER

Mustafa Wright, a prisoner without a lawyer, filed a habeas corpus petition challenging his prison disciplinary hearing in WCC 16-07-344 where a Disciplinary Hearing Officer (DHO) at the Westville Correctional Facility found him guilty of assault and battery in violation of B-212. ECF 1 at 1. As a result, Wright was sanctioned with the loss of 90 days earned credit time. *Id*.

After Wright filed his petition, the finding of guilt and sanctions were vacated. ECF 8-2. The Warden has filed a motion to dismiss because this case is now moot. ECF 8. Wright did not file a response and the time for doing so has passed. *See* N.D. Ind. L. Cr. R. 47-2. Regardless, the court cannot overturn the disciplinary proceeding and restore his time because the Indiana Department of Correction has already vacated the proceeding and restored his time. That is to say, Wright has already won and there is no case left for this court to decide. Accordingly, this case must be dismissed. *See Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003) (prisoner can challenge prison disciplinary determination in habeas proceeding only when it resulted in a sanction that lengthened the duration of his confinement).

For these reasons, the motion (ECF 8) is **GRANTED** and the case is **DISMISSED**. The clerk is **DIRECTED** to close this case.

SO ORDERED.

ENTERED: January 4, 2018

                                                          /s/ JON E. DEGUILIO  
                                                         Judge  
                                                         United States District Court